**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RAO KILARU | § | Case No. 13-23734 |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/08/2013 . The undersigned trustee was appointed on 06/08/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    58,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 682.67 |
| Bank service fees | 1,779.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 56,038.15 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/10/2014 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,175.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,175.00 , for a total compensation of $ 6,175.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 141.53 , for total expenses of $ 141.53 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/04/2018                   By:/s/Peter N. Metrou, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-23734 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RAO KILARU | | | | Date Filed (f) or Converted (c): | 06/08/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/01/2013 |
| For Period Ending: | 04/04/2018 | | | | Claims Bar Date: | 01/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 305 Westridge Road, Joliet IL 60431 | 565,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant Lot - 3150 Theodore, Joliet, IL 60435 | 500,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking / Savings Account at People First Bank | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. Checking / Savings Account at Chase | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Misc Household Goods and Furniture located at - , | 7,500.00 | 0.00 | | 0.00 | FA |
| 7. Personal Clothing of Debtor | 1,100.00 | 0.00 | | 0.00 | FA |
| 8. 401K Accounts at Paycheck | 102,000.00 | 0.00 | | 0.00 | FA |
| 9. 401K Account at Ameriprise | 105,000.00 | 0.00 | | 0.00 | FA |
| 10. Equimed Billing Corp. - Closed 2011 | 100.00 | 0.00 | | 0.00 | FA |
| 11. National Center for Intergrative Medicine, LLC Cur | Unknown | 0.00 | | 0.00 | FA |
| 12. Prairie Emergency Services, S.C. Chapter 7 Bankrup | Unknown | 0.00 | | 0.00 | FA |
| 13. Kilaru, LLC - Single Asset - Medical Building - 31 | 3,500,000.00 | 0.00 | | 22,000.00 | FA |
| 14. People First Bank Stock 250,000 Shares @ $10.00 sh | 250,000.00 | 0.00 | | 30,000.00 | FA |
| 15. Roa Kilaru, P.C. | 100.00 | 0.00 | | 0.00 | FA |
| 16. OTHER MISCELLANEOUS      (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 17. Money Loaned/Advanced to 3 individuals | 250,000.00 | 0.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $5,287,700.00 | $1,500.00 | | $58,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Employed atty to investigate transactions approved by the court on 12/13/2013 see Dkt# 72. Motion granted on 2/28/2014, authorizing Trustee to manage Medical building and collect rents, see Dkt# 85.  Motion for 2004 examination granted 11/1/2013 see Dkt# 90.  Motion to Settle regarding 3100 Theodore Street Joliet, IL granted on 9/18/2015 see Dkt# 129.  Trustee continues efforts to sell bank stocks 11/14/2016. Filed Motion for 2004 exam on 2/20/2017, see Dkt# 134. 6/27/2017 Filed Mt to Settle bank stocks. Received funds from the bank stock 8/3/2017. Claims review and tax returns in progress 11/20/2017.

| | | | |
|---|---|---|---|
| RE PROP # | 13 | -- | Bldg being managed |
| RE PROP # | 16 | -- | Turnover of unused attorney retainer held by Krckey, Cernugel, et. al. |
| RE PROP # | 17 | -- | Tannebaum, Stockmal & Sadovsky |

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 04/06/2018

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-23734 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: RAO KILARU | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5082 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7963 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Apointed Receiver For Kilaru, LLC2801 Black Rd, FL 2Joliet, IL 60435-2702 | Management fees | 1110-000 | $4,000.00 | | $4,000.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,990.00 |
| 07/19/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Rd, FL 2Joliet, IL 60435 | Management fee | 1110-000 | $1,000.00 | | $4,990.00 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,980.00 |
| 08/28/14 | 13 | COMMONWEALTH MANAGEMENT, LLC 2801 Black Road, Fl 2Joliet, IL 60435-2702 | Management fee for August, 2014 | 1110-000 | $1,000.00 | | $5,980.00 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,970.00 |
| 10/07/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Rd FL 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $6,970.00 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,960.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.06 | $6,949.94 |
| 12/02/14 | 16 | KROCKEY, CERNUGEL, COWGILL, ET. AL. 3180 Theodore StreetSuite 102Joliet, IL 60435 | Unused atty retainer | 1290-000 | $1,500.00 | | $8,449.94 |
| 12/04/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Road, FL 2Joliet, IL 60435-2702 | Managment fees | 1110-000 | $1,000.00 | | $9,449.94 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,439.94 |
| 12/12/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Road, FL 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $10,439.94 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $14.78 | $10,425.16 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                Page Subtotals:                $10,500.00        $74.84

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-23734 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: RAO KILARU | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5082 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7963 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/15 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Rd., FL 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $11,425.16 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.69 | $11,409.47 |
| 02/12/15 | 13 | COMMONWEALTHMANAGEMENT LLC Court Appointed Receiver2801 Black Rd, FL 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $12,409.47 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.14 | $12,393.33 |
| 03/19/15 | 5001 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $10.08 | $12,383.25 |
| 03/24/15 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Road, FL 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $13,383.25 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $18.81 | $13,364.44 |
| 04/08/15 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver for Kilaru, LLC2801 Black Rd, Fl 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $10,000.00 | | $23,364.44 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.26 | $23,334.18 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $34.69 | $23,299.49 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $33.52 | $23,265.97 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $34.59 | $23,231.38 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $34.54 | $23,196.84 |
| 09/28/15 | 17 | VEERAMACHANENI, RAJANI 807 Heritage DriveMount Prospect, IL 60056-1977 | Refund of money loaned | 1121-000 | $5,000.00 | | $28,196.84 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | | | Page Subtotals: | | $18,000.00 | $228.32 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No.: | 13-23734 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | RAO KILARU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5082 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX7963 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 04/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $34.10 | $28,162.74 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $41.87 | $28,120.87 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $40.46 | $28,080.41 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $41.75 | $28,038.66 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $41.69 | $27,996.97 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.94 | $27,958.03 |
| 03/17/16 | 5002 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $15.48 | $27,942.55 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.56 | $27,900.99 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.14 | $27,860.85 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.42 | $27,819.43 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.03 | $27,779.40 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.30 | $27,738.10 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.24 | $27,696.86 |
| 09/15/16 | 5003 | United States Treasury Department of Treasury Internal Revenue Service Center Cincinnati, OH 45999-0148 | IRS tax Payment for 2015 taxes | 2810-000 | | $196.00 | $27,500.86 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                Page Subtotals:                          $0.00          $695.98

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-23734 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | RAO KILARU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5082 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX7963 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 04/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/16 | 5004 | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19053<br>Springfield, IL  62794-9035 | IDOR Tax Payment<br>2015 Taxes | 2810-000 | | $422.00 | $27,078.86 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.62 | $27,039.24 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.20 | $26,999.04 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.85 | $26,960.19 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.08 | $26,920.11 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.03 | $26,880.08 |
| 02/07/17 | 5005 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $15.25 | $26,864.83 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.09 | $26,828.74 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.89 | $26,788.85 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.54 | $26,750.31 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.77 | $26,710.54 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.43 | $26,672.11 |
| 08/03/17 | 14 | Mark Schwieger<br>no address on check | Court Approved settlement<br>See dckt# 137 | 1129-000 | $30,000.00 | | $56,672.11 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*             Page Subtotals:                           $30,000.00         $828.75

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-23734 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | RAO KILARU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5082 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX7963 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 04/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.66 | $56,632.45 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.31 | $56,551.14 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.37 | $56,469.77 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.95 | $56,385.82 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.13 | $56,304.69 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.71 | $56,220.98 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.59 | $56,137.39 |
| 02/08/18 | 5006 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | $23.86 | $56,113.53 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.38 | $56,038.15 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $58,500.00 | $2,461.85 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $58,500.00 | $2,461.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $58,500.00 | $2,461.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*          Page Subtotals:          $0.00          $633.96

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5082 - Checking Account (Non-Interest Earn | $58,500.00 | $2,461.85 | $56,038.15 |
|  | $58,500.00 | $2,461.85 | $56,038.15 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $58,500.00 |
| Total Gross Receipts: | $58,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-23734-BWB                                                                                 Date: April 5, 2018
Debtor Name: RAO KILARU
Claims Bar Date: 1/10/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,175.00 | $6,175.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $141.53 | $141.53 |
| 100 2810 | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19053<br>Springfield, IL  62794-9035 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $422.00 | $422.00 |
| 100 2810 | United States Treasury<br>Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $196.00 | $196.00 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,989.00 | $1,989.00 |
| 7 280 5800 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $46,830.00 | $46,830.00 |
| 1 300 7100 | MINTAKA FINANCIAL, LLC<br>C/O CHRISTIAN J. JORGENSEN<br>DRESSLER PETERS, LLC<br>111 W. WASHINGTON, STE. 1900<br>CHICAGO, IL 60602 | Unsecured<br>Payment Status:<br>Valid To Pay | | $63,422.00 | $75,014.66 | $75,014.66 |
| 2 300 7100 | WELLS FARGO PRACTICE FINANCE, A DIVISION<br>OF WELLS FARGO BANK, N.A.<br>2000 POWELL ST, 4TH FLOOR<br>EMERYVILLE, CA 94608 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $88,359.16 | $88,359.16 |
| 3 300 7100 | US BANK NA DBA US BANK EQUIPMENT FINANCE<br>1310 MADRID STREET<br>MARSHALL, MN 56258 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $177,641.86 | $177,641.86 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-23734-BWB  
Debtor Name: RAO KILARU  
Claims Bar Date: 1/10/2014  

Date: April 5, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | FINANCIAL PACIFIC LEASING, LLC<br>C/O ALEX DARCY<br>ASKOUNIS & DARCY, PC<br>444 NORTH MICHIGAN AVENUE, SUITE 3270<br>CHICAGO, IL 60611 | Unsecured<br>Payment Status:<br>Valid To Pay | | $119,325.00 | $144,026.87 | $144,026.87 |
| 5<br>300<br>7100 | MPF FLAGSHIP FUND 15, LLC<br>C/O PAUL MARKOFF, ATTORNEY<br>134 N. LASALLE ST., STE. 1050<br>CHICAGO, IL 60602 | Unsecured<br>Payment Status:<br>Valid To Pay | | $700.00 | $706.49 | $706.49 |
| 8<br>300<br>7100 | MCCORMICK 109, LLC<br>JEFFREY A BURGER<br>428 SOUTH COURTLAND AVENUE<br>PARK RIDGE, IL 60068 | Unsecured<br>Payment Status:<br>Valid To Pay | | $3,200,000.00 | $1,927,088.92 | $1,927,088.92 |
| 9<br>300<br>7100 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $42.37 | $42.37 |
| 10<br>300<br>7100 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $32,175.00 | $32,175.00 |
| 11<br>300<br>7100 | PEOPLEFIRST BANK<br>C/O STEVEN PLATO TROY ITS ATTORNEY<br>116 NORTH CHICAGO STREET<br>SUITE 202<br>JOLIET,ILLINOIS 60432 | Unsecured<br>Payment Status:<br>Valid To Pay | | $500,000.00 | $46,196.97 | $46,196.97 |
| 12<br>300<br>7100 | PEOPLEFIRST BANK<br>C/O STEVEN PLATO TROY ITS ATTORNEY<br>116 NORTH CHICAGO STREET<br>SUITE 202<br>JOLIET,ILLINOIS 60432 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,149,000.00 | $628,429.33 | $628,429.33 |
| 13<br>300<br>7100 | JOJI TAKADA, SOLELY AS CH. 7 TRUSTEE OF NCIM<br>C/O ZANE L. ZIELINSKI<br>FRANKGECKER LLP<br>325 N. LASALLE, SUITE 625<br>CHICAGO, IL 60654 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $160,000.00 | $160,000.00 |
| 6<br>400<br>4110 | ROSS D. TANNEBAUM PETER J. STOCKMAL<br>CLAUDE A. SADOVSKI<br>C/O TIMOTHY J RATHBUN<br>3260 EXECUTIVE DRIVE<br>JOLIET, ILLINOIS 60431 | Secured<br>Payment Status:<br>Invalid | Per c/o Dkt#127 | $50,000.00 | $163,570.00 | $163,570.00 |

Page 2                                                                                             Printed: April 5, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-23734-BWB                                                                                         Date: April 5, 2018
Debtor Name: RAO KILARU
Claims Bar Date: 1/10/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $15.48 | $15.48 |
| | Case Totals | | | $5,082,447.00 | $3,499,020.64 | $3,499,020.64 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-23734
Case Name: RAO KILARU
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---:|---:|
| Balance on hand | $ | 56,038.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 6,175.00 | $ 0.00 | $ 6,175.00 |
| Trustee Expenses: Peter N. Metrou | $ 141.53 | $ 0.00 | $ 141.53 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,989.00 | $ 0.00 | $ 1,989.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 15.48 | $ 15.48 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 422.00 | $ 422.00 | $ 0.00 |
| Other: United States Treasury | $ 196.00 | $ 196.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 8,305.53 |
| Remaining Balance | $ 47,732.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 46,830.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | DEPARTMENT OF THE TREASURY | $ 46,830.00 | $ 0.00 | $ 46,830.00 |

| | | | |
|---|---|---|---|
| | Total to be paid to priority creditors | | $ 46,830.00 |
| | Remaining Balance | | $ 902.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,279,681.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MINTAKA FINANCIAL, LLC | $ 75,014.66 | $ 0.00 | $ 20.65 |
| 2 | WELLS FARGO PRACTICE FINANCE, A DIVISION | $ 88,359.16 | $ 0.00 | $ 24.32 |
| 3 | US BANK NA DBA US BANK EQUIPMENT FINANCE | $ 177,641.86 | $ 0.00 | $ 48.89 |
| 4 | FINANCIAL PACIFIC LEASING, LLC | $ 144,026.87 | $ 0.00 | $ 39.64 |
| 5 | MPF FLAGSHIP FUND 15, LLC | $ 706.49 | $ 0.00 | $ 0.19 |
| 8 | MCCORMICK 109, LLC | $ 1,927,088.92 | $ 0.00 | $ 530.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | AMERICAN EXPRESS BANK, FSB | $ 42.37 | $ 0.00 | $ 0.01 |
| 10 | AMERICAN EXPRESS BANK, FSB | $ 32,175.00 | $ 0.00 | $ 8.86 |
| 11 | PEOPLEFIRST BANK | $ 46,196.97 | $ 0.00 | $ 12.71 |
| 12 | PEOPLEFIRST BANK | $ 628,429.33 | $ 0.00 | $ 172.95 |
| 13 | JOJI TAKADA, SOLELY AS CH. 7 TRUSTEE OF NCIM | $ 160,000.00 | $ 0.00 | $ 44.03 |

Total to be paid to timely general unsecured creditors     $           902.62

Remaining Balance     $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE