UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                              §
                                    §
RAO KILARU                          §     Case No. 13-23734
                                    §
        Debtor                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

         Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

         The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    219 S. Dearborn Street
                    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/22/2018 in Courtroom ,
                    Joliet City Hall
                    150 West Jefferson Street, 2nd Floor
                    Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/23/2018                    By: /s/ Peter N. Metrou
                                                    Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| RAO KILARU | ) | CASE NO. 13-23734 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 28th day of December, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                  */s/ Peter N. Metrou*
                                                  **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

## SERVICE LIST

**Via First-Class Mail**

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Askounis & Darcy, PC
444 N. Michigan Ave., Ste. 3270
Suite 3270
Chicago, IL 60611-3906

Bmo Harris Bank
Po Box 94034
Palatine, IL 60094-4034

Bmo Harris Trust& Savi
111 W Monroe St
Chicago, IL 60603-4095

Christian J Jorgenses, Esq.
Dressler / Peters, LLC
111 W. Washington, Ste. 1900
Chicago, IL 60602-2713

Citi Card
Po Box 6241
Sioux Falls, SD 57117-6241

department Of The Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Dr. Claude Sadovsky, MD
360 E Randolph
Chicago, IL 60601-5069

Dr. Eric Barnes, MD
1335 E. 87th St. Suite B
Chicago, IL 60619-7036

Dr. Peter Stockmal, MD
322 Bonnie Brae Road
Hinsdale, IL 60521-2814

Dr. Ross Tannebaum, M.D.
841 Merrill Woods
Hinsdale, IL 60521-2838

Dr. Stephen Galston, M.D.
977 Lakeview Pkwy, Suite 170
Vernon Hills, IL 60061-1429

Edward Marso
755 Essington Road
Joliet, IL 60435-2845

Escallate Llc
5200 Stoneham Rd
North Canton, OH 44720-1584

Financial Pacific Leasing, LLC
3455 S 344th Way
Auburn, WA 98001-9546

Financial Pacific Leasing, LLC
c/o Alex Darcy
Askounis & Darcy, PC
444 North Michigan Avenue, Suite 3270
Chicago, IL 60611-3906

Financial Pacific Leasing, LLC
c/o Allison Kahrnoff, Esq.
Askounis & Darcy, PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611-3906

Financial Pacific Leasing, LLC
c/o C. Randall Woolley
Askounis & Darcy, PC
444 N. Michigan Avenue, Suite 3270
Chicago, Illinois 60611-3906

First Community Bank of Joliet
2801 Black Road
Joliet, IL 60435-2929

FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL 60487-9356

James Ruzon
755 Essington Road
Joliet, IL 60435-2845

John J Lynch
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL 60532-0930

SERVICE LIST

McCormick 109, LLC
Jeffrey A Burger
428 South Courtland Avenue
Park Ridge, Il 60068-4869

MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

Mintaka Financial, LLC
5201 Olympic Dr. N.W., Ste. 210
Gig Harbor, WA 98335-1778

Mintaka Financial, LLC
c/o Christian J. Jorgensen
Dressler Peters, LLC
111 W. Washington St.
Ste. 1900
Chicago, IL 60602-2713

Mintaka Financial, LLC
c/o Christian J. Jorgensen
Dressler Peters, LLC
111 W. Washington, Ste. 1900
Chicago, IL 60602-2713

MPF Flagship Fund 15, LLC
c/o Paul Markoff, Attorney
134 N. LaSalle St., Ste. 1050
Chicago, IL 60602-1114

National Center for Intergrated Med
3100 Theodore Street, # 204
Joliet, IL 60435-0605

WRDR Accounting
755 Essington Road
Joliet, IL 60435-2970

PeopleFirst Bank C/O Steven Plato Troy Its A
116 North Chicago Street
Suite 202
Joliet, Il 60432-4207

PeopleFirst Bank
C/O Steven Plato Troy its Attorney
116 North Chicago Street
Suite 202
Joliet,Illinois 60432-4207

Peoples First Bank
3100 Theodore Street
Joliet, IL 60435-8562

US Bank NA dba US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4001

Rao Kilaru
P.O Box 950
Geneva, OH 44041-0950

Rao U. Veermachaneni
807 Heritage Drive
Mount Prospect, IL 60056-1977

Robert Krockey
3180 Theodore Street, Ste. 102
Joliet, IL 60435-8535

Ross D Tannebaum
c/o Rathbun, Cservenyak & Kozol
3260 Executive Drive
Joliet, IL 60431-2822

Ross D. Tannebaum Peter J. Stockmal
Claude A. Sadovski
c/o Timothy J Rathbun
3260 Executive Drive
Joliet, Illinois 60431-2822

Ross Tannebaum, M.D.
Claude Sadovsky, M.D.
c/o Timothy J. Rathbun
Rathbun, Cservenyak & Kozol, LLC
3260 Executive Drive
Joliet, Illinois 60431-2822

Surinder Singhal
405 Ambriance
Hinsdale, IL 60521

Toyota Motor Credit Co
1111 W 22nd St Ste 420
Oak Brook, IL 60523-1959

Toyota Motor Credit Corporation
c/o Becket & Lee, LLP
POB 3001
Malvern, PA 19355-0701

Wells Fargo Practice Finance, a division
of Wells Fargo Bank, N.A.
2000 Powell St, 4th Floor
Emeryville, CA 94608-1850

SERVICE LIST

| | | |
|---|---|---|
| Joseph M. Cernugel<br>3180 Theodore Street, Ste. 102<br>Joliet, IL 60435-8535 | Kilaru, LLC<br>3100 Theodore Street<br>Joliet, IL 60435-8562 | Krishna Kilaru<br>505 N. Lakeshore Drive, Apt 5002<br>Chicago, IL 60611-6442 |

**Via ECF**

| | | |
|---|---|---|
| Joji Takada, Ch. 7 Trustee of NCIM<br>c/o Zane L. Zielinski<br>FrankGecker LLP<br>325 N. LaSalle, Suite 625<br>Chicago, IL 60654-6465 | Joji Takada, Trustee<br>Takada Law Offices, LLC<br>6336 N. Cicero Avenue, Ste. 201<br>Chicago, IL 60646-4448 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
RAO KILARU § Case No. 13-23734
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 58,500.00 |
| and approved disbursements of | $ | 2,461.85 |
| leaving a balance on hand of[1] | $ | 56,038.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,175.00 | $ 0.00 | $ 6,175.00 |
| Trustee Expenses: Peter N. Metrou | $ 141.53 | $ 0.00 | $ 141.53 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,989.00 | $ 0.00 | $ 1,989.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 15.48 | $ 15.48 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 422.00 | $ 422.00 | $ 0.00 |
| Other: United States Treasury | $ 196.00 | $ 196.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 8,305.53 |
| Remaining Balance | | | $ 47,732.62 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 46,830.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | DEPARTMENT OF THE TREASURY | $ 46,830.00 | $ 0.00 | $ 46,830.00 |
| | Total to be paid to priority creditors | | | $ 46,830.00 |
| | Remaining Balance | | | $ 902.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,279,681.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MINTAKA FINANCIAL, LLC | $ 75,014.66 | $ 0.00 | $ 20.65 |
| 2 | WELLS FARGO PRACTICE FINANCE, A DIVISION | $ 88,359.16 | $ 0.00 | $ 24.32 |
| 3 | US BANK NA DBA US BANK EQUIPMENT FINANCE | $ 177,641.86 | $ 0.00 | $ 48.89 |
| 4 | FINANCIAL PACIFIC LEASING, LLC | $ 144,026.87 | $ 0.00 | $ 39.64 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | MPF FLAGSHIP FUND 15, LLC | $ 706.49 | $ 0.00 | $ 0.19 |
| 8 | MCCORMICK 109, LLC | $ 1,927,088.92 | $ 0.00 | $ 530.37 |
| 9 | AMERICAN EXPRESS BANK, FSB | $ 42.37 | $ 0.00 | $ 0.01 |
| 10 | AMERICAN EXPRESS BANK, FSB | $ 32,175.00 | $ 0.00 | $ 8.86 |
| 11 | PEOPLEFIRST BANK | $ 46,196.97 | $ 0.00 | $ 12.71 |
| 12 | PEOPLEFIRST BANK | $ 628,429.33 | $ 0.00 | $ 172.95 |
| 13 | JOJI TAKADA, SOLELY AS CH. 7 TRUSTEE OF NCIM | $ 160,000.00 | $ 0.00 | $ 44.03 |

Total to be paid to timely general unsecured creditors     $     902.62

Remaining Balance                                         $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
                           Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.