# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| RAO KILARU | § | Case No. 13-23734 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,076,200.00 *(Without deducting any secured claims)* | Assets Exempt: 211,500.00 |
| Total Distributions to Claimants: 47,732.62 | Claims Discharged Without Payment: 4,377,145.01 |
| Total Expenses of Administration: 10,767.38 | |

3) Total gross receipts of $ 58,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 58,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 905,067.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,767.38 | 10,767.38 | 10,767.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 37,000.00 | 46,830.00 | 46,830.00 | 46,830.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,188,746.00 | 3,279,681.63 | 3,279,681.63 | 902.62 |
| **TOTAL DISBURSEMENTS** | $ 6,130,813.00 | $ 3,337,279.01 | $ 3,337,279.01 | $ 58,500.00 |

4) This case was originally filed under chapter 7 on 06/08/2013 . The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2018             By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Kilaru, LLC - Single Asset - Medical Building - 31 | 1110-000 | 22,000.00 |
| Money Loaned/Advanced to 3 individuals | 1121-000 | 5,000.00 |
| People First Bank Stock 250,000 Shares @ $10.00 sh | 1129-000 | 30,000.00 |
| OTHER MISCELLANEOUS | 1290-000 | 1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 58,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bmo Harris Bank Po Box 94034 Palatine, IL 60094 | | 90,448.00 | NA | NA | 0.00 |
| | Creditor #: 2 Bmo Harris Trust& Savi 111 W Monroe St Chicago, IL 60603 | | 786,828.00 | NA | NA | 0.00 |
| | Creditor #: 6 Toyota Motor Credit Co 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | 27,791.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 905,067.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 6,175.00 | 6,175.00 | 6,175.00 |
| Peter N. Metrou | 2200-000 | NA | 141.53 | 141.53 | 141.53 |
| ADAMS LEVINE | 2300-000 | NA | 10.08 | 10.08 | 10.08 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 15.48 | 15.48 | 15.48 |
| International Sureties Ltd. | 2300-000 | NA | 23.86 | 23.86 | 23.86 |
| LTD. International Sureties | 2300-000 | NA | 15.25 | 15.25 | 15.25 |
| Associated Bank | 2600-000 | NA | 1,779.18 | 1,779.18 | 1,779.18 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | NA | 422.00 | 422.00 | 422.00 |
| United States Treasury | 2810-000 | NA | 196.00 | 196.00 | 196.00 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,989.00 | 1,989.00 | 1,989.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,767.38 | $ 10,767.38 | $ 10,767.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Internal Revenue Service (IRS) PO Box 7346 Philadelphia, PA 19101-7346 | | 37,000.00 | NA | NA | 0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 46,830.00 | 46,830.00 | 46,830.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 37,000.00 | $ 46,830.00 | $ 46,830.00 | $ 46,830.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Askounis & Darcy, PC Attn: 1783.21211 444 N. Michigan Ave., Ste. 3270 Chicago, IL 60611 | | 0.00 | NA | NA | 0.00 |
| | Christian J Jorgenses, Esq. Dressler / Peters, LLC 111 W. Washington, Ste. 1900 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 1 Citi Card Po Box 6241 Sioux Falls, SD 57117 | | 330.00 | NA | NA | 0.00 |
| | Creditor #: 10 Kilaru, LLC 3100 Theodore Street Joliet, IL 60435 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 11 Mercedes Benz Financial Services 36455 Corporate Dr Farmington Hills, MI 48331 | | 18,317.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 14 National Center for Intergrated Med 3100 Theodore Street, # 204 Joliet, IL 60435 | | 36,000.00 | NA | NA | 0.00 |
| | Creditor #: 15 Surinder Singhal 405 Ambriance Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 16 WRDR Accounting 755 Essington Road Joliet, IL 60435 | | 1,000.00 | NA | NA | 0.00 |
| | Creditor #: 2 Dr. Claude Sadovsky, MD 360 E Randolph Chicago, IL 60601 | | 50,000.00 | NA | NA | 0.00 |
| | Creditor #: 3 Dr. Eric Barnes, MD 1335 E. 87th St. Suite B Chicago, IL 60619 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 4 Dr. Peter Stockmal, MD 322 Bonnie Brae Road Hinsdale, IL 60521 | | 50,000.00 | NA | NA | 0.00 |
| | Creditor #: 6 Dr. Stephen Galston, M.D. 977 Lakeview Pkwy, Suite 170 Vernon Hills, IL 60061 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 7 Escallate Llc 5200 Stoneham Rd North Canton, OH 44720 | | 534.00 | NA | NA | 0.00 |
| | Creditor #: 9 Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | 118.00 | NA | NA | 0.00 |
| | Joji Takada, Trustee Takada Law Offices, LLC 6336 N. Cicero Avenue, Ste. 201 Chicago, IL 60646 | | 0.00 | NA | NA | 0.00 |
| | Rathbun, Cservenyak & Kozol LLC c/o Meghan E. Preston, Attorney 9450 Enterprise Drive Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Rathbun, Cservenyak & Kozol LLC c/o Meghan E. Preston, Attorney 9450 Enterprise Drive Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| | Rathbun, Cservenyak & Kozol LLC c/o Meghan E. Preston, Attorney 9450 Enterprise Drive Mokena, IL 60448 | | 0.00 | NA | NA | 0.00 |
| 10 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 32,175.00 | 32,175.00 | 8.86 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | FINANCIAL PACIFIC LEASING, LLC | 7100-000 | 119,325.00 | 144,026.87 | 144,026.87 | 39.64 |
| 13 | JOJI TAKADA, SOLELY AS CH. 7 TRUSTEE OF NCIM | 7100-000 | NA | 160,000.00 | 160,000.00 | 44.03 |
| 8 | MCCORMICK 109, LLC | 7100-000 | 3,200,000.00 | 1,927,088.92 | 1,927,088.92 | 530.37 |
| 1 | MINTAKA FINANCIAL, LLC | 7100-000 | 63,422.00 | 75,014.66 | 75,014.66 | 20.65 |
| 3 | US BANK NA DBA US BANK EQUIPMENT FINANCE | 7100-000 | NA | 177,641.86 | 177,641.86 | 48.89 |
| 9 | AMERICAN EXPRESS BANK, FSB | 7100-001 | NA | 42.37 | 42.37 | 0.01 |
| 5 | MPF FLAGSHIP FUND 15, LLC | 7100-001 | 700.00 | 706.49 | 706.49 | 0.19 |
| 11 | PEOPLEFIRST BANK | 7100-001 | 500,000.00 | 46,196.97 | 46,196.97 | 12.71 |
| 12 | PEOPLEFIRST BANK | 7100-001 | 1,149,000.00 | 628,429.33 | 628,429.33 | 172.95 |
| 2 | WELLS FARGO PRACTICE FINANCE, A DIVISION | 7100-001 | NA | 88,359.16 | 88,359.16 | 24.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 5,188,746.00 | $ 3,279,681.63 | $ 3,279,681.63 | $ 902.62 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-23734 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RAO KILARU | | | | Date Filed (f) or Converted (c): | 06/08/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/01/2013 |
| For Period Ending: | 12/12/2018 | | | | Claims Bar Date: | 01/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 305 Westridge Road, Joliet IL 60431 | 565,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant Lot - 3150 Theodore, Joliet, IL 60435 | 500,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking / Savings Account at People First Bank | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. Checking / Savings Account at Chase | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Misc Household Goods and Furniture located at - , | 7,500.00 | 0.00 | | 0.00 | FA |
| 7. Personal Clothing of Debtor | 1,100.00 | 0.00 | | 0.00 | FA |
| 8. 401K Accounts at Paycheck | 102,000.00 | 0.00 | | 0.00 | FA |
| 9. 401K Account at Ameriprise | 105,000.00 | 0.00 | | 0.00 | FA |
| 10. Equimed Billing Corp. - Closed 2011 | 100.00 | 0.00 | | 0.00 | FA |
| 11. National Center for Intergrative Medicine, LLC Cur | Unknown | 0.00 | | 0.00 | FA |
| 12. Prairie Emergency Services, S.C. Chapter 7 Bankrup | Unknown | 0.00 | | 0.00 | FA |
| 13. Kilaru, LLC - Single Asset - Medical Building - 31 | 3,500,000.00 | 0.00 | | 22,000.00 | FA |
| 14. People First Bank Stock 250,000 Shares @ $10.00 sh | 250,000.00 | 0.00 | | 30,000.00 | FA |
| 15. Roa Kilaru, P.C. | 100.00 | 0.00 | | 0.00 | FA |
| 16. OTHER MISCELLANEOUS                      (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 17. Money Loaned/Advanced to 3 individuals | 250,000.00 | 0.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $5,287,700.00    $1,500.00    $58,500.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Employed atty to investigate transactions approved by the court on 12/13/2013 see Dkt# 72. Motion granted on 2/28/2014 authorizing Trustee to manage Medical building and collect rents, see Dkt# 85.  Motion for 2004 examination granted 11/1/2013 see Dkt# 50.  Motion to Settle regarding 9106 Theodore Street Joliet, IL granted on 9/18/2015 see Dkt# 129.  Trustee continues efforts to sell bank stocks 11/14/2016. Filed Motion for 2004 exam on 2/20/2017, see Dkt# 134. 6/27/2017 Filed Mt to Settle bank stocks. Received funds from the bank stock 8/3/2017. Claims review and tax returns in progress 11/20/2017.

| RE PROP # | 13 | -- | Bldg being managed |
| RE PROP # | 16 | -- | Turnover of unused attorney retainer held by Krckey, Cernugel, et. al. |
| RE PROP # | 17 | -- | Tannebaum, Stockmal & Sadovsky |

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 04/06/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-23734 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: RAO KILARU | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5082 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7963 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Apointed Receiver For Kilaru, LLC2801 Black Rd, Fl 2Joliet, IL 60435-2702 | Management fees | 1110-000 | $4,000.00 | | $4,000.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,990.00 |
| 07/19/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Rd, Fl 2Joliet, IL 60435 | Management fee | 1110-000 | $1,000.00 | | $4,990.00 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,980.00 |
| 08/28/14 | 13 | COMMONWEALTH MANAGEMENT, LLC 2801 Black Road, Fl 2Joliet, IL 60435-2702 | Management fee for August, 2014 | 1110-000 | $1,000.00 | | $5,980.00 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,970.00 |
| 10/07/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Rd Fl 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $6,970.00 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,960.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.06 | $6,949.94 |
| 12/02/14 | 16 | KROCKEY, CERNUGEL, COWGILL, ET. AL. 3180 Theodore StreetSuite 102Joliet, IL 60435 | Unused atty retainer | 1290-000 | $1,500.00 | | $8,449.94 |
| 12/04/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Road, FL 2Joliet, IL 60435-2702 | Managment fees | 1110-000 | $1,000.00 | | $9,449.94 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,439.94 |
| 12/12/14 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Road, FL 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $10,439.94 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $14.78 | $10,425.16 |
| | | | Page Subtotals: | | $10,500.00 | $74.84 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23734 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | RAO KILARU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5082 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX7963 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/15 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Rd., Fl 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $11,425.16 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.69 | $11,409.47 |
| 02/12/15 | 13 | COMMONWEALTHMANAGEMENT LLC Court Appointed Receiver2801 Black Rd, Fl 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $12,409.47 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.14 | $12,393.33 |
| 03/19/15 | 5001 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $10.08 | $12,383.25 |
| 03/24/15 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver2801 Black Road, FL 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $1,000.00 | | $13,383.25 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $18.81 | $13,364.44 |
| 04/08/15 | 13 | COMMONWEALTH MANAGEMENT LLC Court Appointed Receiver for Kilaru, LLC2801 Black Rd, Fl 2Joliet, IL 60435-2702 | Management fee | 1110-000 | $10,000.00 | | $23,364.44 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.26 | $23,334.18 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $34.69 | $23,299.49 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $33.52 | $23,265.97 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $34.59 | $23,231.38 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $34.54 | $23,196.84 |
| 09/28/15 | 17 | VEERAMACHANENI, RAJANI 807 Heritage DriveMount Prospect, IL 60056-1977 | Refund of money loaned | 1121-000 | $5,000.00 | | $28,196.84 |

Page Subtotals: $18,000.00    $228.32

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23734 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | RAO KILARU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5082 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX7963 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $34.10 | $28,162.74 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $41.87 | $28,120.87 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $40.46 | $28,080.41 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $41.75 | $28,038.66 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $41.69 | $27,996.97 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.94 | $27,958.03 |
| 03/17/16 | 5002 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $15.48 | $27,942.55 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.56 | $27,900.99 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.14 | $27,860.85 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.42 | $27,819.43 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.03 | $27,779.40 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.30 | $27,738.10 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.24 | $27,696.86 |
| 09/15/16 | 5003 | United States Treasury<br>Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | IRS tax Payment for 2015 taxes | 2810-000 | | $196.00 | $27,500.86 |

Page Subtotals: $0.00 $695.98

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23734 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | RAO KILARU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5082 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX7963 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/16 | 5004 | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19053<br>Springfield, IL 62794-9035 | IDOR Tax Payment<br>2015 Taxes | 2810-000 | | $422.00 | $27,078.86 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.62 | $27,039.24 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.20 | $26,999.04 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.85 | $26,960.19 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.08 | $26,920.11 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.03 | $26,880.08 |
| 02/07/17 | 5005 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $15.25 | $26,864.83 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.09 | $26,828.74 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.89 | $26,788.85 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.54 | $26,750.31 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.77 | $26,710.54 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.43 | $26,672.11 |
| 08/03/17 | 14 | Mark Schwieger<br>no address on check | Court Approved settlement<br>See dckt# 137 | 1129-000 | $30,000.00 | | $56,672.11 |
| | | | Page Subtotals: | | $30,000.00 | $828.75 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23734 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | RAO KILARU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5082 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX7963 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.66 | $56,632.45 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.31 | $56,551.14 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.37 | $56,469.77 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.95 | $56,385.82 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.13 | $56,304.69 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.71 | $56,220.98 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.59 | $56,137.39 |
| 02/08/18 | 5006 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | $23.86 | $56,113.53 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.38 | $56,038.15 |
| 06/26/18 | 5007 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $6,316.53 | $49,721.62 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($6,175.00) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($141.53) | 2200-000 | | |

Page Subtotals:  $0.00  $6,950.49

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-23734 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: RAO KILARU | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5082 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7963 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/18 | 5008 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,989.00 | $47,732.62 |
| 06/26/18 | 5009 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | 5800-000 | | $46,830.00 | $902.62 |
| 06/26/18 | 5010 | MINTAKA FINANCIAL, LLC<br>C/O CHRISTIAN J. JORGENSEN<br>DRESSLER PETERS, LLC<br>111 W. WASHINGTON, STE. 1900<br>CHICAGO, IL 60602 | Final distribution to claim 1 representing a payment of 0.03 % per court order. | 7100-000 | | $20.65 | $881.97 |
| 06/26/18 | 5011 | WELLS FARGO PRACTICE FINANCE, A DIVISION<br>OF WELLS FARGO BANK, N.A.<br>2000 POWELL ST, 4TH FLOOR<br>EMERYVILLE, CA 94608 | Final distribution to claim 2 representing a payment of 0.03 % per court order. | 7100-000 | | $24.32 | $857.65 |
| 06/26/18 | 5012 | US BANK NA DBA US BANK EQUIPMENT FINANCE<br>1310 MADRID STREET<br>MARSHALL, MN 56258 | Final distribution to claim 3 representing a payment of 0.03 % per court order. | 7100-000 | | $48.89 | $808.76 |
| 06/26/18 | 5013 | FINANCIAL PACIFIC LEASING, LLC<br>C/O ALEX DARCY<br>ASKOUNIS & DARCY, PC<br>444 NORTH MICHIGAN AVENUE, SUITE 3270<br>CHICAGO, IL 60611 | Final distribution to claim 4 representing a payment of 0.03 % per court order. | 7100-000 | | $39.64 | $769.12 |
| 06/26/18 | 5014 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $0.20 | $768.92 |
| | | MPF FLAGSHIP FUND 15, LLC | Final distribution to claim 5 representing a payment of 0.03 % per court order. ($0.19) | 7100-001 | | | |
| | | AMERICAN EXPRESS BANK, FSB | Final distribution to claim 9 representing a payment of 0.02 % per court order. ($0.01) | 7100-001 | | | |

Page Subtotals: $0.00   $48,952.70

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-23734 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: RAO KILARU | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5082 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7963 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/18 | 5015 | MCCORMICK 109, LLC<br>JEFFREY A BURGER<br>428 SOUTH COURTLAND AVENUE<br>PARK RIDGE, IL 60068 | Final distribution to claim 8 representing a payment of 0.03 % per court order. | 7100-000 | | $530.37 | $238.55 |
| 06/26/18 | 5016 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 10 representing a payment of 0.03 % per court order. | 7100-000 | | $8.86 | $229.69 |
| 06/26/18 | 5017 | PEOPLEFIRST BANK<br>C/O STEVEN PLATO TROY ITS ATTORNEY<br>116 NORTH CHICAGO STREET<br>SUITE 202<br>JOLIET,ILLINOIS 60432 | Final distribution to claim 11 representing a payment of 0.03 % per court order. | 7100-000 | | $12.71 | $216.98 |
| 06/26/18 | 5018 | PEOPLEFIRST BANK<br>C/O STEVEN PLATO TROY ITS ATTORNEY<br>116 NORTH CHICAGO STREET<br>SUITE 202<br>JOLIET,ILLINOIS 60432 | Final distribution to claim 12 representing a payment of 0.03 % per court order. | 7100-000 | | $172.95 | $44.03 |
| 06/26/18 | 5019 | JOJI TAKADA, SOLELY AS CH. 7 TRUSTEE OF NCIM<br>C/O ZANE L. ZIELINSKI<br>FRANKGECKER LLP<br>325 N. LASALLE, SUITE 625<br>CHICAGO, IL 60654 | Final distribution to claim 13 representing a payment of 0.03 % per court order. | 7100-000 | | $44.03 | $0.00 |
| 10/08/18 | 5011 | WELLS FARGO PRACTICE FINANCE, A DIVISION<br>OF WELLS FARGO BANK, N.A.<br>2000 POWELL ST, 4TH FLOOR<br>EMERYVILLE, CA 94608 | Final distribution to claim 2 representing a payment of 0.03 % per court order. Reversal | 7100-000 | | ($24.32) | $24.32 |
| 10/08/18 | 5017 | PEOPLEFIRST BANK<br>C/O STEVEN PLATO TROY ITS ATTORNEY<br>116 NORTH CHICAGO STREET<br>SUITE 202<br>JOLIET,ILLINOIS 60432 | Final distribution to claim 11 representing a payment of 0.03 % per court order. Reversal | 7100-000 | | ($12.71) | $37.03 |

Page Subtotals: $0.00 $731.89

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23734 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | RAO KILARU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5082 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX7963 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/08/18 | 5018 | PEOPLEFIRST BANK<br>C/O STEVEN PLATO TROY ITS ATTORNEY<br>116 NORTH CHICAGO STREET<br>SUITE 202<br>JOLIET,ILLINOIS 60432 | Final distribution to claim 12 representing a payment of 0.03 % per court order. Reversal | | 7100-000 | | ($172.95) | $209.98 |
| 10/11/18 | 5020 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL  60604 | Unclaimed Funds Reversal Created in Error | | 7100-000 | | ($209.98) | $419.96 |
| 10/11/18 | 5020 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL  60604 | Unclaimed funds for the following: Check  #5018 $172.95, check #5017 $12.71, and check #5011 $24.32 | | 7100-000 | | $209.98 | $209.98 |
| 10/11/18 | 5021 | Clerk, U.S. Bankruptcy Court | Remit To Court<br>Unclaimed funds for the following: Check  #5018 $172.95, check #5017 $12.71, and check #5011 $24.32 | | | | $209.98 | $0.00 |
| | | PEOPLEFIRST BANK | Final distribution to claim 12 representing a payment of 0.03 % per court order. | ($172.95) | 7100-001 | | | |
| | | PEOPLEFIRST BANK | Final distribution to claim 11 representing a payment of 0.03 % per court order. | ($12.71) | 7100-001 | | | |
| | | WELLS FARGO PRACTICE FINANCE, A DIVISION | Final distribution to claim 2 representing a payment of 0.03 % per court order. | ($24.32) | 7100-001 | | | |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $58,500.00 | $58,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $58,500.00 | $58,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $58,500.00 | $58,500.00 |

Page Subtotals:  $0.00    $37.03

UST Form 101-7-TDR (10/1/2010) (Page: 19)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5082 - Checking Account (Non-Interest Earn | $58,500.00 | $58,500.00 | $0.00 |
|  | $58,500.00 | $58,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $58,500.00 |
| Total Gross Receipts: | $58,500.00 |

Page Subtotals:      $0.00      $0.00